AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>JAMES ROBINSON<br><br>*Defendant* | ) Case: 1:22-mj-00168<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 7/29/2022<br>) Description: COMPLAINT W/ ARREST WARRANT |
|---|---|

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____JAMES ROBINSON_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/29/2022

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2022.07.29 11:22:05 -04'00'

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/29/22, and the person was arrested on *(date)* 8/5/22
at *(city and state)* FORT WASHINGTON, PA.

Date: 8/5/22

*Arresting officer's signature*

ELIZABETH BECKER / SA
*Printed name and title*